## REQUIRED STATEMENT TO ACCOMPANY
## ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____ Quinn Dejaun & Janelle Lynea Brown_____ Case No. _20 B 02109_ Chapter _13_____

All Cases: Moving Creditor _Estates at Brookmere Owners Association_ Date Case Filed _January 24, 2020_

Nature of Relief Saught: **XX** Lift Stay    Annul Stay    **XX** Other (describe) _____ Dismiss_____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _July 16, 2020_____

Chapter 7:    No-Asset Report Filed on _____

No-Asset Report not Filed, Date of Creditors Meeting _____

1.    Collateral

a.    **XX** Home _____ 152 Henson Court, Matteson, Illinois_____
b.    Car    Year, Make and Model _____
c.    Other (describe)_____

2.    Balance Owed as of Petition Date $3,614.17  Includes Fees and Costs._____
Total of all other Liens against Collateral $302,418.00  Per Debtor(s) Schedule D._____

3.    In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the
amounts and dates of all payments received from the debtor(s) post-petition.

4.    Estimated Value of Collateral (must be supplied in *all* cases) $308,000.00  Per Debtor(s) Schedule A

5.    Default

a.    **XX** Pre-Petition Default
Number of months _____ 11+_____ Amount $ _____ 3,614.17_____

b.    **XX** Post-Petition Default

i.    **XX** On direct payments to the moving creditor
Number of months _____ 13+_____ Amount $ _____ 2,430.00_____
ii.    On payments to the Standing Chapter 13 Trustee
Number of months _____ Amount $ _____

6.    Other Allegations

a.    Lack of Adequate Protection § 362(d)(1)
i.    No insurance
ii.    Taxes unpaid    Amount $ _____
iii.    Rapidly depreciating asset
iv.    **XX** Other (describe)Failure to pay association assessments, fees, and costs_____

b.    No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

c.    Other "Cause" § 362(d)(1)
i.    Bad Faith _____
ii.    Multiple filings _____
iii.    Other (describe) _____

d.    Debtor's Statement of Intention regarding the collateral
i.    Reaffirm    ii.    Redeem    iii.    Surrender    iv.    No Statement of Intention Filed

Date: July 1, 2022                    /s/ Ronald J. Kapustka_____
                                Counsel for Movant
(Rev. 12/21/09)

NOTE:    Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt
collector attempting to collect a debt and any information obtained will be used for that purpose.